IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIR LIQUIDE USA LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-cv-00113-UNA |
| | ) | |
| SUZIE ROSE, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S AMENDED RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff certifies as follows:

Plaintiff Air Liquide USA LLC is a Delaware limited liability company. It has no stock; accordingly, no parent or publicly traded company owns 10% or more of its stock. Its sole member is American Air Liquide Holdings, Inc., which is incorporated in the State of Delaware and has its principal place of business in Houston, Texas. Thus, Plaintiff Air Liquide USA LLC is a citizen of Delaware and Texas.

- 2 -

FAEGRE DRINKER BIDDLE & REATH LLP

Of Counsel:

Daniel H. Aiken (*pro hac vice* forthcoming)
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103
(215) 988-2700
daniel.aiken@faegredrinker.com

*/s/ Renée Dudek*
Renée M. Dudek (I.D. No. 6623)
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 467-4200
renee.dudek@faegredrinker.com

*Counsel for Plaintiff Air Liquide USA LLC*

Dated: February 1, 2023

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the foregoing were caused to be served on February 1, 2023 upon the following via First Class U.S. Mail, postage prepaid:

>Suzie Rose
>13145 West Desert Lane
>Sun City, Arizona 85374

>*/s/ Renée M. Dudek*
>Renée M. Dudek (I.D. No. 6623)

Dated:  February 1, 2023